**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6780**

———————————

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

        versus

MICHAEL T. TROSKY,

                                      Defendant - Appellant.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief District Judge.  (CR-97-49)

———————————

Submitted:  August 19, 1999          Decided:  August 26, 1999

———————————

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael T. Trosky, Appellant Pro Se.  Paul Thomas Camilletti, Lisa Grimes Johnston, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Trosky appeals the district court's order denying his motion for early release based on his participation in a drug rehabilitation program. See 18 U.S.C.A. § 3621(e)(2)(B) (West Supp. 1999). We have reviewed the record and the district court's order and find no reversible error because, under the appealable Bureau of Prisons regulation, Trosky is not eligible for early release. See Pelissero v. Thompson, 170 F.3d 442, 447 (4th Cir. 1979) (holding that the Bureau of Prisons acted within its discretion in implementing regulation refusing early release to prisoners with prior convictions for violent offenses). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2